Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>     v.<br><br>TUMI, INC., a New Jersey corporation; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No.: 2:22-cv-02403-MWF-MAR<br><br>CLASS ACTION<br><br>*Honorable Judge Michael W. Fitzgerald*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: April 8, 2022<br>Trial Date:      None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Crystal Redick request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: September 6, 2022          **WILSHIRE LAW FIRM, PLC**

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
*Attorneys for Plaintiff and Proposed Class*